UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LIENFACTORS, LLC, et al.,
    Plaintiffs,

    v.

LEROY GRANT,
    Defendant.

No. 3:11cv876 (SRU)

## RULING ON AMENDED MOTION TO REMAND TO STATE COURT

On May 31, 2011, the defendant, Leroy Grant, appearing *pro se*, removed this case from state court. Grant previously attempted to remove this same case, and the court remanded it to state court. In that decision, I found that the court lacked subject matter jurisdiction because the original complaint only included state law claims, and a defendant may not remove a case based on a pleaded federal defense. Remand Order (3:10cv1545 (SRU), doc. # 5) (citing *Franchise Tax Bd. v. Constr. Laborers Vacation Trust for S. Cal.*, 463 U.S. 1, 14 (1983)). Nor may a defendant remove a case by pleading a federal counterclaim. *Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc.*, 535 U.S. 826, 831-32 (2002).

Grant's removal appears to be based on federal defenses and/or counterclaims that he has pursued in state court. *See* Notice of Removal (doc. # 1) (alleging discrimination and deprivation of due process of law). It is undisputed that the parties are not diverse. The plaintiffs filed a motion to remand to state court (doc. # 7) and, thereafter, an amended motion to remand (doc. # 11). For the same reasons set forth in the court's prior ruling, the plaintiffs' amended motion to remand (doc. # 11) is GRANTED. Grant may not remove this case based on the federal questions present in his defenses and/or counterclaims. Removal would only be appropriate had the plaintiffs pled a federal question — or, at the very least, had the plaintiffs failed to plead necessary federal questions. *Franchise Tax Bd.*, 463 U.S. at 22.

- 2 -

The case shall be remanded to state court, and the clerk shall close this file.

It is so ordered.

Dated at Bridgeport, Connecticut, this 13th day of June 2011.

                                                /s/ Stefan R. Underhill
                                                Stefan R. Underhill
                                                United States District Judge